No. 82.  HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BLUMENTHAL.  Argued November 21, 1935.  Decided December 9, 1935.  *Per Curiam:* Decree reversed.  *Douglas* v. *Willcuts, ante,* p. 1, and *Helvering* v. *Schweitzer, supra.  Assistant Attorney General Wideman,* with whom *Solicitor General Reed* and *Mr. Sewall Key* were on the brief, for petitioner.  *Mr. Eugene Blumenthal* for respondent.

No. —, original.  ARIZONA *v.* CALIFORNIA ET AL.  December 9, 1935.  A rule is ordered to issue requiring the defendants to show cause on or before January 13, next, why leave to file the Bill of Complaint herein should not be granted.  Complainant shall have three weeks from the date of service of the returns to the rule within which to reply thereto if so advised.

No. —, original.  EX PARTE PIERGIOVANNI.  December 16, 1935.  Motion for leave to file petition for writ of habeas corpus denied.  *Mr. Mauro Piergiovanni, pro se.*

No. —, original.  EX PARTE POLLITT.  December 16, 1935.  Motions for leave to file petition for writ of mandamus and for leave to institute suit against the State of Virginia denied.  *Mr. Basil H. Pollitt, pro se.*

No. —.  IN RE DEPPE.  December 16, 1935.  The motion of William P. Deppe of October 25, 1935, is denied. *Mr. William P. Deppe, pro se.*